UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



VICTORIA TRUONG and THERESE TRUONG )   Case No. C 06 04473 RMW
)
Plaintiffs )
)
v. )
)   **CASE MANAGEMENT**
)   **ORDER**
GC SERVICES LIMITED PARTNERSHIP )
)
Defendant. )
)
)
_____ )
)

      On December 1, 2006, the parties to the above-entitled action attended a Case Management Conference before the Honorable Ronald M. Whyte. Plaintiffs appeared by Mr. William E. Kennedy of the Law Office of William E. Kennedy, and defendant appeared by telephone by Mr. Charles R. Messer of Carlson & Messer LLP.

      After discussing the case with counsel, the court ordered the following:

1. Trial shall commence on July 23, 2007 at 1:30 p.m. in the United States District Court for the Northern District of California, in Department 6 of the San Jose courthouse, located at 280 S. First Street, San Jose, California 95113-3008.

2. The Pre-Trial Conference will commence on July 12, 2007 at 2:00 p.m. in the United States District Court for the Northern District of California, Department 6 of the San Jose courthouse, located at 280 S. First Street, San Jose, California 95113-3008.

3. Mediation with a court-sponsored mediator shall be completed by July 11, 2007.

4. The Joint Pre-Trial Statement shall be filed by July 6, 2007.

5. Expert discovery shall be completed by July 2, 2007.

6. Dispositive motions shall be heard no later than June 8, 2007.

7. Fact discovery shall be completed by June 1, 2007.

8. Expert witness information required by FRCP 26(a)(2) shall be exchanged on June 1, 2007.

9. Discovery shall be limited to five depositions, ten Requests for Admission, and 25 interrogatories per side. Requests for Production shall be unlimited in number, but each Request shall be narrowly drafted to focus on relevant and discoverable information.

10. The court may allow additional discovery, or amend this Order, on a showing of good cause.

LAW OFFICE OF WILLIAM E. KENNEDY

Dated: December 6, 2006

William E. Kennedy
Attorneys for Plaintiffs VICTORIA TRUONG and THERESE TRUONG

CARLSON & MESSER LLP

Dated: December 4, 2006

Charles R. Messer
Attorneys for Defendant GC SERVICES

**IT IS SO ORDERED:**

Dated: ~~December~~ FEBRUARY 8, 2007

The Honorable Ronald M. Whyte
Judge of the U.S. District Court for the
Northern District of California

CASE MANAGEMENT ORDER
05535.00/128684

2

<u>**PROOF OF SERVICE**</u>

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045.

On **December 12, 2006** I served the foregoing document described as **CASE MANAGEMENT ORDER** on all interested parties in this action by:

**SEE ATTACHED SERVICE LIST**

[ ]   **BY ELECTRONIC MAIL** : Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]   **BY PERSONAL SERVICE BY HAND**: I personally served said document(s) on the date set forth below, by personally hand serving the aforementioned document to (See Service List)

[ ]   **(VIA FACSIMILE)** I transmitted via telecopier machine such document to the offices of the addressees.

[ ]   **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **12th day of December, 2006**, at Los Angeles, California.

*Deborah A. Nash*
Deborah A. Nash

**SERVICE LIST**
**Victoria Truong, et al. v. GC Services Limited Partnershhip.**
**Our File No . 05535.00**

| | |
|---|---|
| William E. Kennedy, Esq.<br>Marco P. Quintana, Esq.<br>LAW OFFICE OF WILLIAM E. KENNEDY<br>2797 Park Avenue, Suite 201<br>Santa Clara, California  95050<br>Tele:   408-241-1000<br>Fax:   408-241-1500 | Attorney for Plaintiffs,<br>**VICTORIA AND THERESE TRUONG** |

PROOF OF SERVICE